```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                      Case No. 18-00339-JJT
Alfonso Mercado                                             Chapter 7
          Debtor             CERTIFICATE OF NOTICE

District/off: 0314-4          User: TWilson          Page 1 of 1          Date Rcvd: May 17, 2018
                              Form ID: 318           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db         +Alfonso Mercado,    c/o G. Olivera,    126 Fisher Avenue,    Middletown, PA 17057-1111
tr         +Lawrence G. Frank (Trustee),    100 Aspen Drive,    Dillsburg, PA 17019-9621
5017050    +ADMIRALS BANK,    Bankruptcy Notices,    200 Clarendon Street, 22Fl.,    Boston, MA 02116-5051
5017053    +HUD FINANCIAL OPERATIONS CENTER,    52 CORPORATE CIRCLE,    ALBANY, NY 12203-5166
5017054    +HUD/FHA,   NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
             OKLAHOMA CITY, OK 73102-2811
5017056     PHOENIX FINANCIAL SERVICE,    PO BOX 361450,    INDIANAPOLIS, IN 46236-1450
5017058    +ROUNDPOINT MORTGAGE SERVICING CORP,    5032 PARKWAY PLAZA BLVD,    SUITE 200,
             CHARLOTTE, NC 28217-1934
5017059     SCHUMACHER CLINICAL PARTNER,    MSC 315 PO BOX 2955,    SAN ANTONIO, TX 78299-2955
5017060    +SUNBURY MUNICIPAL AUTHORITY,    462 SOUTH FOURTH STREET,    SUNBURY, PA 17801-3134
5017063     THE GARDENS AT BLUE RIDGE,    GGNSC ADMIN SERVICES LLC - PAYROLL,    1000 FIANNA WAY,
             FORT SMITH, AR 72919-2116
5017064    +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
             651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5017065    +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
             HARRISBURG, PA 17121-0751
5017066     UNITED ONLINE COLLECTIONS,    PO BOX 5006-BD,    WOODLAND HILLS, CA 91365
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5017051         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 18:55:18      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
5017052         EDI: DISCOVER.COM May 17 2018 22:59:00      DISCOVER BANK,   12 READS WAY,
                 NEW CASTLE, DE 19720
5017055         EDI: IRS.COM May 17 2018 22:59:00      INTERNAL REVENUE SERVICE - CIO,   PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
5017057         EDI: PRA.COM May 17 2018 22:58:00      PORTFOLIO RECOVERY ASSOCIATES LLC,   BK NOTICES,
                 PO BOX 41067,   NORFOLK, VA 23541
5017543        +EDI: PRA.COM May 17 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5017061        +EDI: RMSC.COM May 17 2018 22:59:00      SYNCB/LOWES,   PO BOX 956005,    ORLANDO, FL 32896-0001
5017062         E-mail/Text: amccoy@synerpriseconsulting.com May 17 2018 18:55:22      SYNERPRISE CONSULTING SVC,
                 PO BOX 957,   MISSION, KS 66201-0957
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
```
              Dorothy L Mott    on behalf of Debtor 1 Alfonso  Mercado DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James   Warmbrodt    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Alfonso Mercado** | Social Security number or ITIN | **xxx−xx−9563** |
| | First Name  Middle Name  Last Name | EIN | __−_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | ____ |
| | | EIN | __−_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | | |
| Case number: **4:18−bk−00339−JJT** | | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alfonso Mercado

**By the court:**        *[signature]*

May 17, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: TWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**